# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Phoenix Division     CIVIL MINUTES (Pretrial Conference)

**CV05-817-PHX-SRB**     DATE: May 31, 2006
Year   Case No.   Dft #

HON: SUSAN R. BOLTON     Judge # 7026

Caption:  Michelle P. Traveler v. Glenn Jones Ford Lincoln Mercury
Deputy Clerk: Sandi Fredlund    Crt Rptr/ECR: Kim Moll

Plaintiff's counsel: Floyd W. Bybee     Defendant's counsel:  Donald R. Alvarez and Carrie Kercsmar
===========================================================================

This is the time set for pretrial conference. The Court informs counsel that trial will not be able to proceed as scheduled on June 13, 2006. The Court proposes a trial date of **June 27, 2006.** Counsel will check their calendars and notify the Court whether they have a conflict.

Motions in limine are discussed. Defendant's Motion in Limine re Actual Damages **[doc. 51]** is **granted** without opposition. Defendant's Motion in Limine re Subsequent Remedial Measures **[doc. 53]** is **granted** without opposition. Defendant's Motion in Limine re Statutory "Fallback" and Punitive Damages **[doc. 52]** is **denied** without prejudice to defendant asserting the motion at the close of plaintiff's case. Defendant's Motion in Limine re Emotional Distress/Mental Anguish Damages **[doc. 54]** is deferred to allow the Court to review plaintiff's written response. However, if plaintiff has made no disclosure regarding Mr. Lee's testimony concerning plaintiff's emotional damages, the Court will not permit the evidence in the absence of such disclosure.

The Court orders plaintiff to provide to defense the complete credit reports that are marked as individual pages for exhibits. The Court has not made a decision whether the complete credit reports will be admitted. Discussion is held regarding document subpoenas issued by plaintiff. Any documents, other than those that could be considered exclusively impeachment documents, will not be admitted at trial if it appears that they were obtained pursuant to subpoena but not shared with defendant.

Both parties agree to partially redact plaintiff's social security number and date of birth from all documents submitted or used at trial. Counsel are to meet and confer and resubmit a significantly shorter statement of the case to be read to the jury.

The jury will consist of 8 jurors. Each side is entitled to 3 peremptory challenges. The Court will request a panel of approximately 20 jurors.

Off the record: The clerk directs counsel to the Court's website for exhibit marking instructions.

Time in Court: 35 mins.