**CIV 05-817-PHX-SRB**     DATE: 5-31-06
Year    Case No.

HON: SUSAN R. BOLTON          Judge # 7026

Michelle P. Traveler          v.  Glenn Jones Ford Lincoln Mercury
Plaintiff(s)                     Defendant(s)

Deputy Clerk: Sandi Fredlund    Court Reporter: Kim Moll

Floyd W. Bybee                        Donald R. Alvarez and Carrie Kercsmar
Plaintiff(s) counsel                  Defense counsel
================================================================================
**PROCEEDINGS**:   X  Open Court   _Chambers    _ SEALED

This is the time set for Final Pretrial Conference. The Court informs counsel that trial will not be able to proceed as scheduled on June 13, 2006. The Court proposes a trial date of **June 27, 2006.** Counsel will check their calendars and notify the Court whether they have a conflict.

Motions in limine are discussed. Defendant's Motion in Limine re: Actual Damages **[doc. 51]** is **granted** without opposition. Defendant's Motion in Limine re: Subsequent Remedial Measures **[doc. 53]** is **granted** without opposition. Defendant's Motion in Limine re: Statutory "Fallback" and Punitive Damages **[doc. 52]** is **denied** without prejudice. Defendant's Motion in Limine re: Emotional Distress/Mental Anguish Damages **[doc. 54]** is **taken under advisement.** However, if plaintiff has made no disclosure regarding Mr. Lee's testimony concerning plaintiff's emotional damages, the Court will not permit the evidence in the absence of such disclosure.

The Court orders plaintiff to provide to defense a copy of the complete credit reports where plaintiff has listed only selected pages as trial exhibits. Discussion is held regarding document subpoenas served by plaintiff. Any documents, other than those that could be considered exclusively impeachment documents, will not be admitted at trial if it appears that they were not shared with defendant. Plaintiff is ordered to provide copies of all documents subpoenaed from third parties to defendant.

The parties are directed to redact plaintiff's social security number and date of birth from all documents submitted or used at trial in accordance with this Court's General Order. Counsel are to resubmit a shorter statement of the case to be read to the jury.

The jury will consist of 8 jurors.  Each side is entitled to 3 peremptory challenges.  The Court will request a panel of 20 jurors.  Estimated trial length - 3 days.

Off the record: The clerk directs counsel to the Court's website for exhibit marking instructions.

**LATER:** Counsel for the parties confirm their availability for trial on June 27, 2006.  Jury selection will start at 9:00 a.m.

                                                                                Time in Court: 35 mins.